EXHIBIT A

ELECTRONICALLY FILED - 2026 Mar 17 11:34 PM - GREENVILLE - COMMON PLEAS - CASE#2026CP2301663

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE

COURT OF COMMON PLEAS
THIRTEENTH CIRCUIT

C.A. No. _____

ARNOLD ROOFING & RESTORATION, LLC A/A/O DRV BUNCOMBE RD, LLC D/B/A THE PRESERVE AT WEST VIEW

*Plaintiff*,

v.

HARTFORD MUTUAL INSURANCE COMPANY

*Defendant*.

**SUMMONS**
(Jury Trial Demanded)

**TO: ALL DEFENDANTS NAMED ABOVE**

YOU ARE HEREBY SUMMONED and required to answer the Complaint in this action, a copy of which is herewith served upon you and to serve a copy of your Answer to said Complaint on the subscriber at her office, Tamara A. Greer, Esq., 350 North Lake Destiny Road, Maitland, Florida 32751, within thirty (30) days after the service hereof, exclusive of the day of such service, and if you fail to appear and defend the action as required by law, judgment by default will be rendered against you for the relief demanded in the Complaint.

*/s/ Tamara A. Greer*

**COHEN LAW GROUP**
Tamara A. Greer, Esq.
*FOR THE FIRM*
South Carolina Bar Number: 103370
Florida Bar Number: 1004732
350 North Lake Destiny Road
Maitland, Florida 32751
Phone: (407) 478-4878
Fax: (407) 478-0204
Primary: tgreer@itsaboutjustice.law
Secondary: gabriela@itsaboutjustice.law

March 17, 2026

ELECTRONICALLY FILED - 2026 Mar 17 11:34 PM - GREENVILLE - COMMON PLEAS - CASE#2026CP2301663

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF GREENVILLE | COURT OF COMMON PLEAS<br>THIRTEENTH CIRCUIT |
| | C.A. No. _____ |
| ARNOLD ROOFING & RESTORATION, LLC A/A/O DRV BUNCOMBE RD, LLC D/B/A THE PRESERVE AT WEST VIEW<br>*Plaintiff*,<br>v.<br>HARTFORD MUTUAL INSURANCE COMPANY<br>*Defendant*. | **COMPLAINT**<br>(Jury Trial Demanded) |

The Plaintiff, Arnold Roofing & Restoration, LCC a/a/o DRV Buncombe Rd, LLC d/b/a The Preserve at West View ("Plaintiff"), complaining of Defendant above-named, would respectfully show unto this Honorable Court as follows. All sections of allegations below are incorporated into one another as if restated therein:

**PARTIES, JURISDICTION, AND VENUE**

1. This is a civil action for damages arising out of a claim for insurance proceeds pursuant to a commercial policy on real property located in Greenville County, South Carolina.

2. At all material times, DRV Buncombe Rd, LLC ("Insured") was and is a South Carolina limited liability company that owns and operates a multifamily dwelling, specifically, the apartment complex known as The Preserve at West View which is located at 700 Peterman Place, Greer, South Carolina 29650 ("Subject Property"), in Greenville County, South Carolina.

3. Arnold Roofing & Restoration, LLC ("Plaintiff") is a roofing company domiciled in the United State and has conducted business, in whole or part, at all times relevant hereto in Greenville County, South Carolina.

4. The Insured contracted with the Plaintiff to complete the repairs to the property

ELECTRONICALLY FILED - 2026 Mar 17 11:34 PM - GREENVILLE - COMMON PLEAS - CASE#2026CP2301663

sustained from hurricane damage on or about September 27, 2024.

5. The Insured subsequently entered into a lawful assignment of benefits agreement with Plaintiff. *See Exhibit A attached hereto – Contract and Assignment of Benefits between Insured and Plaintiff.*

6. Upon information and belief, Hartford Mutual Insurance Company ("Hartford Mutual") is an insurance company domiciled in the United States that is registered with the South Carolina Department of Insurance to sell insurance in South Carolina and conducted business, in whole or in part, at all times relevant hereto in Greenville County, South Carolina.

7. This Court has jurisdiction over the subject matter and the parties to this action.

8. This Court also has jurisdiction to declare the rights of the parties to coverage under the subject insurance policy. *See* S. C. Code Ann. § 15-53-10, *et.seq*.

9. Further, this Court has jurisdiction to declare the rights of the parties under insurance statutes. *See* S. C. Code Ann. § 15-53-30.

10. Venue is proper in Greenville County.

## **FACTS**

11. Prior to September 27, 2024, the Insured purchased a commercial property insurance policy from Hartford Mutual, Policy Number MP10785508 (hereinafter referred to as the "Subject Policy.") Plaintiff does not have a full and complete copy of the Policy despite requests for such from the Defendant. A full and complete copy is in the possession of the Defendant and is fully known by the Defendant.

12. Insured made all payments owed to Hartford Mutual under the policy and Hartford Mutual accepted all payments.

13. Upon information and belief, severe damage was caused to the Subject Property by

ELECTRONICALLY FILED - 2026 Mar 17 11:34 PM - GREENVILLE - COMMON PLEAS - CASE#2026CP2301663

Hurricane Helene occurred on or about September 27, 2024.

14. The Hurricane caused significant damage to the roofing system and its components.

15. The Policy was in full force and effect as of September 27, 2024.

16. Plaintiff timely filed an insurance claim with Hartford Mutual and Hartford Mutual assigned claim number CP24000975-1 (the “Claim”).

17. Hartford Mutual inspected the Subject Property with a field adjuster, in which Hartford Mutual opened coverage for part of the damages and denied coverage for other parts of the damages.

18. Plaintiff has complied with all conditions precedent to this lawsuit which entitles Plaintiff to recover under the Policy, or any such conditions have been waived by Hartford Mutual.

19. As of the date of this filing, Hartford Mutual has failed to tender the remaining payment for the covered damages despite the supplemental documentation provided by Plaintiff.

**FIRST CAUSE OF ACTION**
(Declaratory Judgement)

20. Plaintiff adopts by reference as if incorporated verbatim, all the allegations made in the foregoing paragraphs as if fully restated herein.

21. An actual and justiciable controversy exists between Plaintiff and Hartford Mutual as well as to the Plaintiff’s right to recover and Hartford Mutual’s obligation to pay under the Subject Policy for the damage and losses claimed.

22. This Court is empowered to render a declaratory judgment confirming Plaintiff’s right to recover under the Subject Policy in accordance with S. C. Code Ann. § 15-53-10, et. seq.

23. Plaintiff is entitled to the entry of a declaratory judgment finding that the Hurricane damage to the Subject Property was covered under the Policy.

ELECTRONICALLY FILED - 2026 Mar 17 11:34 PM - GREENVILLE - COMMON PLEAS - CASE#2026CP2301663

24. Plaintiff is also entitled to the entry of a declaratory judgment finding that Hartford Mutual breached its contractual duties under the Policy in failing to properly pay the full Claim in a timely manner.

**SECOND CASE OF ACTION**
(Breach of Contract)

25. Plaintiff adopts by reference as if incorporated verbatim, all the allegations made in the foregoing paragraphs as if fully restated herein.

26. An insurance policy, including the Subject Policy, is a contract between the Insurer and Insured that is defined by its terms and other legal principles.

27. The Insured paid all premiums due and owing for coverage provided by the Subject Policy and complied with all conditions precedent required under the Subject Policy.

28. The Insured entered into a lawful assignment of benefits with the Plaintiff.

29. In failing to properly investigate the Insured's claim in a timely, fair, and expedient manner, Hartford Mutual breached their contract as well as the Insured's rights and their obligations set out in the Subject Policy.

30. In failing to timely pay the Hurricane claim in full made under the coverages provided in the Subject Policy, Hartford Mutual has breached its contract as well as the terms and conditions of the Subject Policy.

31. As a direct or proximate result of this breach, Plaintiff is entitled to recover the actual, direct, and incidental damages together with prejudgment interest, attorneys' fees, and costs.

ELECTRONICALLY FILED - 2026 Mar 17 11:34 PM - GREENVILLE - COMMON PLEAS - CASE#2026CP2301663

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for the following relief:

i) That this Court enter a declaratory judgement finding that the Hurricane damage and the replacement costs and losses arising therefrom were covered under the Subject Policy issued by Hartford Mutual.

iii) That a judgment be entered in favor of Plaintiff against Hartford Mutual for any and all actual, direct, indirect, and incidental damages arising from Hartford Mutual's failure to properly investigate and adjust the claim together with pre-judgment interest, attorneys' fees, and litigation costs.

iv) That a judgment be entered in favor of the Plaintiff against Hartford Mutual for its breach of contract, including any and all actual, direct, indirect, and incidental damages arising from Hartford Mutual's breach of contract together with pre-judgment interest, attorneys' fees and litigation costs.

v) That a trial by jury be had as to all issues of fact, liability, and damages.

vi) That Plaintiff recover their billable costs included herein.

vii) That Plaintiff be awarded any and all other such relief as the Court deems just and proper.

**Jury Trial Demanded.**

Respectfully submitted,

*/s/ Tamara A. Greer*

**COHEN LAW GROUP**
Tamara A. Greer, Esq.
*FOR THE FIRM*
South Carolina Bar Number: 103370
350 North Lake Destiny Road
Maitland, Florida 32751

Phone: (407) 478-4878
Fax: (407) 478-0204
Primary: tgreer@itsaboutjustice.law
Secondary: gabriela@itsaboutjustice.law

Attorney for Plaintiffs

March 17, 2026

ELECTRONICALLY FILED - 2026 Mar 17 11:34 PM - GREENVILLE - COMMON PLEAS - CASE#2026CP2301663